IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01634-BNB

EARL JOSEPH CROWNHART, a.k.a. EARL JOSEPH LOOSE,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2011

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING APPLICANT TO FILE
ONE AMENDED APPLICATION

Applicant, Earl Joseph Crownhart, a.k.a. Earl Joseph Loose, currently is detained at the Colorado Mental Health Institute at Pueblo, Colorado. Mr. Crownhart, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action. The Court determined the Application was deficient and directed Mr. Crownhart to correct the deficiencies by naming the proper respondent and submitting a certificate showing the current balance in his account.

Rather than submitting one Application that named the proper respondent, Mr. Crownhart submitted four separate applications identifying the Colorado Mental Health Institute as the named respondent. In each of the four applications, Mr. Crownhart either raises different claims or includes different documents attached to the application form. Mr. Crownhart also submitted two additional § 1915 motions but did not attach a

certified account statement to either of the motions. Finally, on July 20, 2011, Mr. Crownhart submitted a certified statement showing a balance of $55.05 in his account. He subsequently paid the $5.00 filing fee on July 21, 2011. The Court, therefore, will deny all three § 1915 motions as moot.

Mr. Crownhart will be directed to file **one** Amended Application that includes all claims that he seeks to raise. Because Mr. Crownhart will be directed to file an Amended Application, all four of the motions he has filed seeking leave to amend or add parties will be denied as moot. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Crownhart file **one** Amended Application that is in keeping with the instant Order. It is

FURTHER ORDERED that Mr. Crownhart shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Crownhart fails within the time allowed to file an Amended Application that complies with this Order, to the Court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED July 28, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01634-BNB

Earl Joseph Crownhart
Prisoner No. 113771
Colorado Mental Health Institute at Pueblo
1600 W. 24th St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 28, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk